■ THE PEOPLE OF THE STATE OF NEW YORK v JULES TANTLEFF.—Defendant's motion for reargument is granted, and upon reargument the order of this court entered on March 31, 1975, is amended to the extent of staying execution of the judgment of conviction and remanding the matter for reconsideration of the four-month sentence imposed, after receipt of an updated psychiatric report. In view of the assertion by defendant's psychiatrist (who is also in charge of the psychiatric prison ward at Bellevue Hospital) regarding his patient's "serious suicidal tendencies" and his opinion that defendant's incarceration "for any period of time would have consequences far beyond what might be considered appropriate under the circumstances", we believe the interests of justice would best be served by a reconsideration of the four-month sentence imposed after receipt of a current evaluation of defendant's present mental state. Concur—Markewich, J. P., Murphy, Lupiano, Lane and Nunez, JJ.

(April 29, 1975)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEONARD TENZER, Appellant.—Judgment, Supreme Court, New York County, rendered on May 1, 1974, unanimously affirmed. The case is remitted to the Criminal Term, Supreme Court, New York County, which shall direct defendant to surrender himself in order that execution of the judgment shall be commenced or resumed (CPL 460.50, subd 5). No opinion. Concur—Markewich, J. P., Kupferman, Murphy, Lupiano and Tilzer, JJ.